**FILED**

JAN 09 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

27 November 2025
Clerk of Court
United States District Court
Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113
USA

Re: **Initial Filing — Complaint for Copyright Infringement and DMCA Violations**
Plaintiff: **Viacheslav Shlapatskyi (Pro Se)**

Dear Clerk of Court,

Enclosed please find the **original Complaint, Civil Cover Sheet (JS-44)**, and **Summons** for each Defendant, for the purpose of opening a new civil action in the Northern District of California, San Jose Division. I am filing this matter **pro se** from Norway.

Please accept the Complaint for filing and kindly assign a **case number**.
I respectfully request that the enclosed Summons (three copies, one per Defendant) be **signed, sealed, and issued**.

Because I am filing from outside the United States, I am unable to include a U.S. bank check or money order.
Accordingly, I have enclosed a separate written request asking the Clerk's Office to provide **email instructions** for completing the **$405 civil filing fee** through **Pay.gov** by credit card. I will finalize the payment immediately upon receiving your instructions.

Please also note that **all Exhibits referenced in the Complaint will be filed electronically through CM/ECF after the case is opened**, due to:

1.    temporary postal suspension between Norway and the United States in 2025, and

2.    the digital nature and size of the evidence (audio files, forensic reports, screenshots, ZIP archives).


I kindly request that your office notify me by email once the case has been opened or if any additional information is required:

**Email:** hiarttuhill@gmail.com

Thank you for your assistance.

Respectfully submitted,
/s/ **Viacheslav Shlapatskyi**
Hommevegen 96
4747 Valle, Agder
Norway
Email: **hiarttuhill@gmail.com**

## REQUEST FOR REMOTE FILING FEE PAYMENT (VIA EMAIL INSTRUCTIONS)

Because I am filing this Complaint from Norway and cannot include a U.S. check or money order, and I am unable to appear in person, I respectfully request permission to pay the $405 civil filing fee **remotely**.

I kindly ask the Clerk's Office to send me **email instructions** for completing payment via **Pay.gov** (credit card).

My email address is:

**hiarttuhill@gmail.com**

I will complete the payment immediately upon receiving the instructions and confirmation that my Complaint has been accepted for filing.

Thank you for your assistance.

Respectfully submitted,
/s/ **Viacheslav Shlapatskyi**
27 November 2025
Valle, Agder, Norway