**C 26 00279 RFL**

FILED
JAN 09 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Viacheslav Shlapatskyi
Hommevegen 96
4747 Valle, Agder
Norway
Email: hiarttuhill@gmail.com

Date: December 23, 2025

Clerk of the Court
U.S. District Court
Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Re: Submission of Corrected Case-Opening Documents
    (Response to Electronic Notice of Deficiencies)

Dear Clerk of the Court,

I respectfully submit the enclosed materials in response to information I received by electronic mail on December 22, 2025, from Jennifer N. Krajinic, Intake/Docket Clerk of the United States District Court for the Northern District of California, San Jose Division.

In that correspondence, I was informed that although the Court received my case-opening documents via USPS, the case could not be opened due to the following deficiencies: (1) an updated Civil Cover Sheet was required, and (2) the filing fee of $405 had not been received. I was further advised that, because a case number has not yet been assigned, payment through Pay.gov is not available, and that I may submit either a money order or an Application to Proceed In Forma Pauperis (IFP).

In accordance with those instructions, I hereby submit the following documents to cure the identified deficiencies:

1. Updated Civil Cover Sheet; and
2. Application to Proceed In Forma Pauperis (AO-240), submitted in lieu of the filing fee.

These materials are respectfully submitted so that the Court may proceed with opening the case and assigning a case number.

Thank you for your time and assistance.

Respectfully submitted,

Viacheslav Shlapatskyi　　　　　　　　　　/s/ Viacheslav Shlapatskyi
Plaintiff, Pro Se