
**C** 26 00279 RFL

## DECLARATION REGARDING POSTAL IMPOSSIBILITY OF SUBMITTING PHYSICAL EVIDENCE

(Prepared pursuant to 28 U.S.C. § 1746)

I, Viacheslav Shlapatskyi, declare as follows:

1.      I am the Plaintiff in this action and appear pro se. I submit this declaration pursuant to 28 U.S.C. § 1746 to explain the circumstances preventing the timely submission of physical evidence required in this case.

2.      Between August 29, 2025 and January 1, 2026, official international postal service between Norway and the United States was suspended. This suspension applied specifically to parcels and packages, including all forms of mailed physical items.

During this period, no postal method existed for sending physical objects from Norway to the United States.

3.      The evidentiary items relevant to this action include:

      (a) a USB flash storage device containing audio files; and

      (b) a vinyl record containing the original sound recording.

4.      These items constitute physical exhibits that cannot be converted into digital form without risk of altering their evidentiary status as original media.

5.      Due to the postal suspension, I was physically unable to submit these original physical exhibits to the United States within any statutory time window or in connection with the initiation of this action.

6.      This inability to send physical evidence was caused solely by government-imposed postal restrictions, and therefore constitutes impossibility of performance, a recognized legal doctrine under federal law.

7.      I respectfully request that the Court:
 (a) accept this declaration as an explanation of why the original physical evidence could not accompany the initial filing;
 (b) permit the Plaintiff to submit the USB flash device and vinyl record as soon as postal or courier service to the United States resumes after January 1, 2026;

8.     I affirm that all physical evidence remains safely preserved, intact, and unaltered, and will be submitted immediately upon the restoration of cross-border parcel delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 27 November 2025
Location: Valle, Agder, Norway

Signature:
/s/ Viacheslav Shlapatskyi

Printed Name:
Viacheslav Shlapatskyi