UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Viacheslav Shlapatskyi,
Plaintiff,
v.
YouTube, LLC, et al.,
Defendants.

Case No. 3:26-cv-00279-RFL

## CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS

Pursuant to Civil Local Rule 3-15, Plaintiff Viacheslav Shlapatskyi hereby certifies that, as of this date, there is no conflict or interest (other than the named parties) to report.

Plaintiff is an individual proceeding pro se and brings this action solely on his own behalf. Plaintiff is not aware of any corporations, partnerships, associations, or other entities, publicly or privately held, that have a direct or indirect financial interest in the outcome of this litigation.

Plaintiff will promptly file a supplemental certification if any required information changes.

Dated: January 23, 2026

/s/ Viacheslav Shlapatskyi
Viacheslav Shlapatskyi
Plaintiff, Pro Se