UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIACHESLAV OLEKSANDROVYCH SHLAPATSKYI,

Plaintiff,

v.

YOUTUBE, LLC, et al.,

Defendants.

Case No. 26-cv-00279-RFL

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Re: Dkt. No. 42

Although judgment has been entered in Defendants' favor and the case is closed, Plaintiff asks the Court to appoint counsel to assist him in the event that Defendants seek attorneys' fees and costs. (Dkt. No. 42.) Plaintiff states that he is required to take medication that limits his ability to represent himself. (*Id.*)

In proceedings *in forma pauperis*, the district court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The decision to appoint such counsel is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (citation omitted). Plaintiff has not shown that exceptional circumstances exist. His request is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: August 26, 2026

RITA F. LIN
United States District Judge